IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) )  CASE NO. 5:24-cv-0927 ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| AUTOSALES, INC. d/b/a SUMMIT RACING EQUIPMENT, | ) ) ) |
| Defendant. | ) ) ) |

## **COMPLAINT**

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000 et seq. ("Title VII"), for an order directing Autosales, Inc. d/b/a Summit Racing Equipment ("Defendant") to prepare, execute, and file accurate and complete Employer Information Report EEO-1s ("EEO-1 reports") as required by Section 709(c) of Title VII, 42 U.S.C. §2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§1602.7 – 1602.14, for each calendar year for which Defendant is in violation of its reporting obligations. The U.S. Equal Employment Opportunity Commission ("Commission") alleges that in prior reporting years, including calendar years 2021 and 2022, and despite written notices and demands from the Commission, Defendant has failed and refused to fully comply with its obligation to file such reports, in violation of said statute and regulations.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, and 1345. This action is authorized and instituted pursuant to 42 U.S.C. § 2000e-8(c) and regulations issued thereunder.

2. Venue in this Court is proper as Defendant is found, resides, or transacts business within the jurisdiction of the United States District Court for the Northern District of Ohio.

## PARTIES

3. Plaintiff, the Commission, is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action pursuant to 42 U.S.C. §2000e-8(c) and regulations issued thereunder, 29 C.F.R. §1602.9.

4. At all relevant times, Defendant could be found, resides, or transacts business within the State of Ohio and the city of Tallmadge, County of Summit, and has continuously had at least 100 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g), and (h) of Title VII, 42 U.S.C. 2000e (b), (g), and (h).

## STATEMENT OF CLAIMS

6. In 2021 Defendant had 100 or more employees.

7. Defendant was under a duty to file an EEO-1 report for 2021.

8. The Commission issued to Defendant notice of non-compliance and failure to file its required EEO-1 report for 2021.

9. Defendant failed and refused to fully comply with its obligation to prepare, execute and file an accurate and complete EEO-1 report for 2021.

10. As of the date of this action, Defendant never filed its required EEO-1 report for 2021.

11. In 2022 Defendant had 100 or more employees.

12. The Commission issued to Defendant notice of non-compliance and failure to file its required EEO-1 report for 2022.

13. Defendant failed and refused to fully comply with its obligation to prepare, execute and file an accurate and complete EEO-1 report for 2022.

14. As of the date of this action, Defendant never filed its required EEO-1 report for 2022.

15. Defendant's failure and refusal to file said EEO-1 reports is in violation of Section 709(c) of Title VII, 42 U.S.C. §2000e-8(c), and regulations issued thereunder, 29 C.F.R. §§1602.7 – 1602.14.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Order that Defendant, without further delay, shall prepare, execute, and file accurate and complete EEO-1 reports as required by law for each prior calendar year for which it has failed to file requisite reports, including 2021 and 2022;

B. Order that Defendant file accurate and complete EEO-1 reports as required by law for each calendar year in the future;

C. Grant such further relief as the Court deems necessary and proper in the public interest; and,

D.      Award the Commission its costs of this action.

                                      U.S. EQUAL EMPLOYMENT
                                      OPPORTUNITY COMMISSION
                                      Washington, D.C.

                                      GWENDOLYN REAMS
                                      Acting General Counsel

                                      CHRISTOPHER LAGE
                                      Deputy General Counsel


                                      <u>s/Debra M. Lawrence                    </u>
                                      Regional Attorney

                                      <u>s/Kate Northrup                        </u>
                                      Supervisory Trial Attorney

                                      <u>s/Emily Datnoff                         </u>
                                      Trial Attorney
                                      U.S. EQUAL EMPLOYMENT
                                      OPPORTUNITY COMMISSION
                                      Baltimore Field Office
                                      31 Hopkins Plaza, 14th Floor
                                      Baltimore, Maryland 21201
                                      Emily.Datnoff@eeoc.gov